UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CARLOS ALBERTO MARTINEZ, et al.,

                 Plaintiffs,

      -against-

THE REPUBLIC OF ARGENTINA,

                 Defendants.
------------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

05-CV-2521 (LAP)

    WHEREAS, on January 11, 2007, the Court entered an amended final judgment, ECF No. 28, (the "Amended Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs, Carlos Alberto Martinez, Monica Cristina Barbero, Luigi Giacomazzi, Luciana Pedrolli, Agostino Scocchera, Lercar S.A., Marcelo Spiller, Romina Maria Buscaglia, Kazimierz Kornas, Ramon Miguel, Gabriel Miguel, Nora Raquel Lopez, Marcos Vanni, Ana Antonia Cabrera, Terenciano de Jesus Cabrera, and Sidney Sutter, with respect to the plaintiffs' beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

    WHEREAS, plaintiffs have also tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

    NOW, THEREFORE, full satisfaction of plaintiffs' Amended Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*Loretta A. Presley*
United States District Judge
Dated:   April 27, 2020